IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ULe D.C.

05 JUN 13 PM 5:33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS. NO. 04-20408-Ma

MARTIN RHEA,

    Defendant.

ORDER RESETTING SENTENCING DATE

Before the court is the defendant's June 10, 2005, motion to reset the sentencing of Martin Rhea, which is presently set for June 14, 2005. For good cause shown, the motion is granted. The sentencing of defendant Martin Rhea is **reset to Friday, August 19, 2005, at 3:00 p.m.**

It is so ORDERED this 13th day of June, 2005.

    SAMUEL H. MAYS, JR.
    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/15/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CR-20408 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT