IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                NO. 04-20408-Ma

MARTIN RHEA,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's December 1, 2005, motion to reset the sentencing of Martin Rhea, which is presently set for December 2, 2005. For good cause shown, the motion is granted. The sentencing of defendant Martin Rhea is **reset to Thursday, February 9, at 9:00 a.m.**

It is so ORDERED this 2d day of December, 2005.

                    SAMUEL H. MAYS, JR.
                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CR-20408 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Stephen P. Jones
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main
Ste 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT